Elmer V. McCarthy, Appellant, v. Clyde R. Landis, Appellee.

Gen. No. 46,183. (Abstract of Decision.)

Edwin A. Lotko, for appellant; Coghlan & Coghlan, and Ahern & Gillogly, for appellee; Daniel C. Ahern and Kevin J. Gillogly, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 21, 1954; released for publication May 27, 1954.

Harold S. Olson and Ethel M. Olson, his Wife, Appellants, v. Nils V. Westerberg and Anna Westerberg, his Wife, Appellees.

Gen. No. 46,193. (Abstract of Decision.)